■ FLORA MASCH et al., Respondents, v. ORANGE LAKE FIRE DISTRICT, Appellant.— Judgment of the Supreme Court, Dutchess County, entered July 18, 1967 after a nonjury trial, in favor of plaintiffs modified, on the facts, by reducing the recovery of plaintiff Karl Masch from $500 to $250. As so modi-

fied, judgment affirmed, without costs. In our opinion, the award to plaintiff Karl Masch was excessive to the extent indicated. Christ, Acting P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.